David P. Matthews
TX No. 13206200
Jason C. Webster
TX No. 24033318
**MATTHEWS & ASSOCIATES**
2905 Sackett St.
Houston, TX 77098
(713) 522-5250
(713) 535-7184 facsimile
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No. 06-6553 CRB**<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Teresa Woodrum,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　vs.<br><br>Pfizer Inc., et al.<br>　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Teresa Woodrum, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

DATED: Jan. 12, 2010　　　　　MATTHEWS & ASSOCIATES

By:_____
　　　David P. Matthews
　　　*Attorneys for Plaintiffs*

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

DATED: Jan. 12, 2010      DLA PIPER LLP (US)

By: _____
Michelle W. Sadowsky
*Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 1 7 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-